UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

DAVID McANANEY, CAROLYN McANANEY, JOHN REILLY, CONSTANCE REILLY, PHILIP RUSSO and CYNTHIA RUSSO, individually and on behalf of all others similarly situated,

                Plaintiffs,

v.

ASTORIA FINANCIAL CORPORATION, ASTORIA FEDERAL SAVINGS AND LOAN ASSOCIATION, ASTORIA FEDERAL MORTGAGE CORPORATION, LONG ISLAND BANCORP, INC. and LONG ISLAND SAVINGS BANK, FSB,

                Defendants.

---

04 CV 1101 (ADS)(WDW)

**CERTIFICATE OF SERVICE**

      I hereby certify, that on the 20th day of August, 2004, a true and exact copy of the Defendants' Notice of Motion to Dismiss First Amended Class Action Complaint, with supporting Affidavits of William Conboy and James Klingel, together with the exhibits attached thereto, and Defendants' Memorandum of Law in Support of Motion to Dismiss First Amended Class Action Complaint was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the parties set forth below:

754761_1

WHALEN & TUSA, P.C.
Attorneys for Plaintiffs
90 Park Avenue
New York, New York 10016
(212) 786-7377

G. OLIVER KOPPELL, ESQ.
Attorney for Plaintiffs
99 Park Avenue, Suite 800
New York, New York 10016
Email: okoppel@koppellaw.com
(917) 368-0400


S/ _____
ALFRED W.J. MARKS