DATE: 10/30/2006                                          AT: 4:45 p.m.
                                                          Time: 30 min.

BEFORE JUDGE JOSEPH F. BIANCO:

<u>CIVIL CAUSE FOR PRE-MOTION CONFERENCE</u>

DOCKET NUMBER: CV 04-1101

TITLE: McAnaney v. Astoria Financial Corp.

APPEARANCES:

FOR PLAINTIFF(S): Paul C. Whalen and Joseph S. Tusa

FOR DEFENDANT(S): Alfred W. J. Marks and David Debaon

REPORTER: None

__X__   CASE CALLED.

__X__   COUNSEL FOR ALL SIDES PRESENT.

_____   COUNSEL FOR _____ NOT PRESENT.

__X__   CONFERENCE HELD.

_____   DISCOVERY TO BE COMPLETED BY _____

_____   PARTIES TO COMPLETE _____
        BY THE NEXT CONFERENCE OR BY _____

_____   NEXT CONFERENCE SET FOR _____

_____   CASE TO BE REFERRED/ASSIGNED TO MAGISTRATE JUDGE _____
        FOR _____

__X__   MOTION TO BE FILED BY  12/15/2006 ;
                RESPONSE BY  1/26/2007 ;
                REPLY IF ANY BY  2/16/2007 .

__x__   ORAL ARGUMENT SET FOR March 16, 2007 at 10:00 a.m. in CI.

_____   JURY SELECTION SET FOR _____

_____   TRIAL SET FOR _____

_____   OTHER _____