**CIVIL CAUSE FOR ORAL ARGUMENT**

BEFORE JUDGE BIANCO     March 28 , 2007     TIME: 4:00 p.m.
CV 04-1101     Time: 1.5 hrs.

TITLE: **McAnaney v. Astoria Financial Corp.**

PLTFFS ATTY: **Joseph Tusa**
   X  present      ___ not present

**Paul Whalen**
   X  present      ___ not present

___ present      ___ not present

DEFTS ATTY: **Alfred Marks**
   X  present      ___ not present

**Rosemary Barry**
   X  present      ___ not present

**David Debaun**
   X  present      ___ not present

REPORTER: Paul Lombardi     COURTROOM DEPUTY: Michele Savona

OTHER:

_X_ CASE CALLED.  CONF  (HELD / ADJ'D / CONT'D TO_____)

_X_ ARGUMENT HEARD / CONT'D TO_____.

_X_ DECISION: RESERVED.

**OTHER:**