# WHALEN & TUSA, P.C.

*A New York Professional Corporation*
*Attorneys and Counselors at Law*

33 West 19th Street, 4th Floor
New York, NY 10011
Telephone: (212) 400-7100
Facsimile: (212) 658-9685

January 7, 2010

**BY ECF FILING AND FIRST CLASS MAIL**

Honorable William D. Wall
United States District Court
100 Federal Plaza
Central Islip, NY 11722

    Re: *McAnaney, et al. v. Astoria Financial, Inc., et al.*
      Civil Action No. CV-04-1101 (JFB) (WDW)

Dear Judge Wall:

  We write as counsel for Plaintiffs and the certified classes in the referenced action, after having conferred with counsel for Defendants. In response to the Court's direction to confer and provide dates for the settlement mediation conference, the parties are available on January 20 and 22.

                Respectfully yours,
                   /s/
                Joseph S. Tusa (JT-9390)

cc: Counsel of Record (by ECF Filing)

*Long Island Office: 565 Plandome Road, Suite 212, Manhasset, NY 11030*