BEFORE: WILLIAM D. WALL                                        DATE: 01/22/10

UNITED STATES MAGISTRATE JUDGE                                 TIME: 10:00 AM

DOCKET NO.   CV 04-1101                         ASSIGNED JUDGE: BIANCO

CASE NAME: MCANANEY, ET AL. V. ASTORIA FINANCIAL CORPORATION, ET AL.

CIVIL CONFERENCE

Initial _____   Status _____   Settlement   X    Pretrial _____   Other _____

APPEARANCES:   Plaintiff       Joseph Tusa

                               Paul Whalen

               Defendant       Alfred Marks

                               Rosemary Barry

**SCHEDULING:** The next Settlement conference will be held on February 1, 2010 at 11:00 a.m.
.

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order submitted by the parties.

☐   Referred to mediation by separate order.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☐   Other:

                                               SO ORDERED

                                               /s/William D. Wall
                                               WILLIAM D. WALL
                                               United States Magistrate Judge