BEFORE: WILLIAM D. WALL                                                DATE: 3/03/10

UNITED STATES MAGISTRATE JUDGE                              TIME: 10:00 AM

DOCKET NO.  CV 04-1101                          ASSIGNED JUDGE: BIANCO

CASE NAME: MCANANEY, ET AL. V. ASTORIA FINANCIAL CORPORATION, ET AL.

CIVIL CONFERENCE

Initial _____   Status _____   Settlement  X   Pretrial _____   Other _____

APPEARANCES:     Plaintiff        Joseph Tusa

                                  Paul Whalen

                 Defendant        Alfred Marks
                                  Rosemary Barry
                                  David Debaun(in house counsel)

**SCHEDULING:** The next Settlement conference will be held on March 25, 2010 at 10:00 am.

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order submitted by the parties.

☐   Referred to mediation by separate order.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☐   Other:

                                                        SO ORDERED

                                                        /s/William D. Wall
                                                        WILLIAM D. WALL
                                                        United States Magistrate Judge