BEFORE: WILLIAM D. WALL                                                    DATE: 6/24/10

UNITED STATES MAGISTRATE JUDGE                                  TIME: 11:00 AM

DOCKET NO.  CV 04-1101                          ASSIGNED JUDGE: BIANCO

CASE NAME: MCANANEY, ET AL. V. ASTORIA FINANCIAL CORP., ET AL.

### CIVIL CONFERENCE

Initial _____  Status _____  Telephone-Settlement __X__  Pretrial _____  Other _____

APPEARANCES:    Plaintiff        Joseph Tusa

                Defendant        Alfred Marks

**SCHEDULING:** The next Telephonic/Settlement conference will be held on June 29, 2010 at 2:00 pm.

**THE FOLLOWING RULINGS WERE MADE:**

☐ Scheduling Order entered.

☐ The court has adopted and So Ordered the joint proposed scheduling order submitted by the parties.

☐ Referred to mediation by separate order.

☐ The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☐ Other:

                                        SO ORDERED

                                        /s/William D. Wall
                                        WILLIAM D. WALL
                                        United States Magistrate Judge