BEFORE: WILLIAM D. WALL                                     DATE: 6/29/10

UNITED STATES MAGISTRATE JUDGE                  TIME: 2:00 PM

DOCKET NO.  CV 04-1101                              ASSIGNED JUDGE: BIANCO

CASE NAME: MCANANEY ET AL. V. ASTORIA FINANCIAL CORP., ET AL.

CIVIL CONFERENCE

Initial _____  Status _____  Telephone-Settlement __X__  Pretrial _____  Other:_____

APPEARANCES:   Plaintiff       Joseph Tusa

Defendant       Alfred Marks

**SCHEDULING:** The next __ conference will be held on ___ at ___.

**THE FOLLOWING RULINGS WERE MADE:**

☐  Scheduling Order entered.

☐  The court has adopted and So Ordered the joint proposed scheduling order submitted by the parties.

☐  Referred to mediation by separate order.

☐  The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

X  Other:  The case is settled, in principal. The parties shall submit to this court a brief outline of the terms of the settlement and an outline of the steps the court needs to take to finalize the case.

SO ORDERED

/s/William D. Wall
WILLIAM D. WALL
United States Magistrate Judge