UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID McANANEY, CAROLYN McANANEY, JOHN REILLY, CONSTANCE REILLY, PHILIP RUSSO, CYNTHIA RUSSO and GEOFFREY HORN, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>ASTORIA FINANCIAL CORPORATION, ASTORIA FEDERAL SAVINGS AND LOAN ASSOCIATION, ASTORIA FEDERAL MORTGAGE CORPORATION, LONG ISLAND BANCORP, INC. and LONG ISLAND SAVINGS BANK, FSB,<br><br>        Defendants. | 04 CV 1101 (JFB) (WDW)<br><br>**MOTION TO WITHDRAW APPEARANCE** |

  PLEASE TAKE NOTICE that, pursuant to Local Rule of Civil Procedure 1.4, I, Rosemary Q. Barry, hereby move to withdraw my appearance as counsel for defendants in the above-captioned matter because I will shortly be leaving the law firm of Day Pitney LLP. Day Pitney will continue to serve as counsel of record for defendants so no hardship will be caused by this withdrawal.

  WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

               By: /s/ Rosemary Q. Barry.
                 Rosemary Q. Barry (ct20273)
                 Day Pitney LLP
                 One Canterbury Green
                 Stamford, CT 06901
                 (203) 977-7300 – Telephone
                 (203) 977-7301– Facsimile
                 rqbarry@daypitney.com – E-mail

71567142.1

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2010, a copy of the foregoing was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the following parties and participants:

> Joseph Tusa, Esq
> Paul C. Whalen, Esq.
> WHALEN & TUSA, P.C.
> 33 West 19th Street, Suite 405
> New York, NY 10011
> (212) 786-7377
>
> G. OLIVER KOPPELL, ESQ.
> 99 Park Avenue, Suite 800
> New York, New York 10016
> (917) 368-0400

          /s/   Rosemary Q. Barry
          Rosemary Q. Barry