IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID McANANEY, CAROLYN McANANEY, JOHN REILLY, CONSTANCE REILLY, PHILIP RUSSO, CYNTHIA RUSSO and GEOFFRY HORN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ASTORIA FINANCIAL CORPORATION, ASTORIA FEDERAL SAVINGS AND LOAN ASSOCIATION, ASTORIA FEDERAL MORTAGE CORPORATION, LONG ISLAND BANCORP, INC. AND LONG ISLAND SAVINGS BANK, FSB,<br><br>Defendants. | Civil Action No. CV-04-1101<br><br>Hon. Joseph F. Bianco, USDJ<br>Hon. William D. Wall, USMJ |

[Proposed] ORDER

This matter having come before the Court on Plaintiff and class representative Constance Reilly's motion, pursuant to Fed. R. Civ. P. 25(a), filed on August 8, 2010, to be substituted in this action as the representative for the estate of her husband Plaintiff John Reilly, who died during the pendency of this action, and upon the Court's consideration of the Declarations submitted by Constance Reilly and her counsel, and the Court's consideration of the record in this action, Plaintiff Constance Reilly's motion is hereby GRANTED.

So Ordered this
13th day of August, 2010

Joseph F. Bianco, USDJ