# TUSA P.C.
*A New York Professional Corporation*
*Attorneys and Counselors at Law*

*236 East 28th Street, #3C*
*New York, NY 10016*
*Telephone: (212) 400-7100*
*Email: Joseph.TusaPC@gmail.com*

January 11, 2011

**BY ECF FILING AND BY OVERNIGHT MAIL**

Honorable Joseph F. Bianco
United States District Court
100 Federal Plaza
Central Islip, NY 11722

> Re: *McAnaney, et al. v. Astoria Financial, Inc., et al.*
> Civil Action No. CV-04-1101 (JFB) (WDW)

Dear Judge Bianco:

    I write as counsel for Plaintiffs and the Class in the in the referenced action. Pursuant to the Order entered by this Court on November 8, 2010 (Docket No. 256), Plaintiffs today filed the parties' Joint Motion and supporting papers for final approval of their July 30, 2010 Stipulation and Agreement of Class Action Settlement in advance of the January 25, 2011 Fairness Hearing using the Court's ECF filing system. The following documents were filed and courtesy copies are enclosed pursuant to Your Honor's individual practices:

1. Notice of Joint Motion for Entry of Final Order and Judgment Approving Stipulation and Agreement of Class Action Settlement;
2. [Proposed] Final Order and Judgment;
3. Plaintiffs' and Classes' Memorandum of Law in Support of Final Approval of Class Action Settlement;
4. Declaration of Joseph S. Tusa;
5. Declaration of G. Oliver Koppell;
6. Declaration of Robin M. Niemiec of Rust Consulting, Inc.; and
7. Expert Report of Marsha J. Courchane, Ph.D. and David Kogut of Charles River Associates.

Kindly contact the undersigned with any questions or requests.

                                        Respectfully yours,

                                        /s/ Joseph S. Tusa

cc: Counsel of Record (By ECF Filing)