# TUSA P.C.
*A New York Professional Corporation*
*Attorneys and Counselors at Law*

236 East 28th Street, #3C
New York, NY 10016
Telephone: (212) 400-7100
Email: Joseph.TusaPC@gmail.com

January 24, 2011

**BY ECF FILING AND BY FIRST CLASS MAIL**

Honorable Joseph F. Bianco
United States District Court
100 Federal Plaza
Central Islip, NY 11722

      Re:    *McAnaney, et al. v. Astoria Financial, Inc., et al.*
                Civil Action No. CV-04-1101 (JFB) (WDW)

Dear Judge Bianco:

     I write as counsel for Plaintiffs and the Class in the referenced action to update the Court in advance of the Fairness Hearing in the referenced action. In the submissions by the undersigned and the Settlement Administrator in support of final approval of the parties' settlement made on January 11, 2011, the Court was advised as to the number of claims filed by class members, the aggregate value of those claims and the number of class members who had requested exclusion from the Class. This Court was further advised that Class Counsel would update those statistics prior to the Fairness Hearing to reflect additional claims or exclusion requests filed by Class members.

     I am today advised by the Settlement Administrator, Rust Consultants, Inc., that it has received 24,445 claims from Class members to participate and receive refunds from the Settlement. Of those 24,445 claims, 741 claims were received after the January 11, 2011 claims deadline, but Class Counsel advocates for their inclusion. Rust further reports that the aggregate value of all claims filed by Class members is $ 2,244,209.91. In addition to the eleven exclusion requests filed with the Court on January 11, 2011 submission, Rust received three additional exclusion requests from Class members prior to the January 11, 2011 exclusion deadline. Those three additional exclusion requests are annexed hereto, and the names of those class members will be added to the Exhibit to the proposed Final Order and Judgment listing the names of Class members who have requested exclusion from the Class.

     Kindly contact the undersigned with any questions or requests.

                                              Respectfully yours,

                                              /s/ Joseph S. Tusa

cc:    Counsel of Record (By ECF Filing)

# ADDITIONAL CLASS MEMBER EXCLUSION REQUESTS

000126
ADMIN ASTF

Claimant # 03057988

Avrikh Kaziev
Oleg Kaziev

We, Avrikh & Oleg Kaziev, would like to exclude ourselves from the Settlement to the ~~settlement~~ ~~old~~ Class action Law Suit.

x [signature]                    1/7/11
x Oleg Kaziev                    1/7/11



Avrich Kaziev
Oleg Kaziev
99-31 64 Ave Apt B9
Rego Park NY 11374

Settlement Administrator
Astoria Federal Class Settlement
c/o Rust Consulting Inc
P.O. Box 2387
Faribault MN 55021-9087

January 6, 2011

000127
ADMIN ASTF

To Whom It May Concern,

    I only received the letter from Astoria Federal Class Settlement, c/o Rust Consulting, Inc., P.O Box 2387, Faribault, Mn. 55021-9087, on the evening of January 6, 2011. That leaves very little time to respond, in an informed way, by the deadline date of Jan. 11 that the papers require.

    I am writing to request that I be "excluded" from the Settlement.

    Thank you for your attention to this request.

Sincerely,
Marjorie Sturiano
1108 Sara Circle
Port Jefferson Station, NY · 11776-2747

P.S. — I am said to be: Claimant ID Number: 02909189, altho I never, personally, made any claim.

Marjorie Siciliano
1105 Sara Circle
Pt. Jefferson Station, NY 11776

Settlement Administrator at Astoria Federal Class Settlement
c/o Rust Consulting, Inc.
P.O. Box 2387
Faribault, MN 55021-9087

55021+9087

**000131**
ADMIN ASTF

Greg C. Mason
742 N. Dillon St.
Los Angeles, CA 90026

Settlement Administrator
Astoria Federal Class Settlement
C/O Rust Consulting, Inc.
PO Box 2387
Faribault, MN 55021-9087

January 8, 2010
Sent Via USPS Certified Mail

To Whom It May Concern:

I am sending this letter in request to be "excluded" from the Settlement of Civil Action No. CVC-04-1101.

With this request for exclusion, I will keep any and all rights I may have to continue to sue the Defendants and the other Released Parties about Released Claims.

<u>**The Notification of Class Action and Settlement was received on Friday, January 7. This response was written on Saturday January 8, 2011, and postmarked the following business day on January 10, 2011 making the request for "exclusion" timely and valid.**</u>

