IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID McANANEY, CAROLYN McANANEY, JOHN REILLY, CONSTANCE REILLY, PHILIP RUSSO, CYNTHIA RUSSO and GEOFFREY HORN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ASTORIA FINANCIAL CORPORATION, ASTORIA FEDERAL SAVINGS AND LOAN ASSOCIATION, ASTORIA FEDERAL MORTAGE CORPORATION, LONG ISLAND BANCORP, INC. AND LONG ISLAND SAVINGS BANK, FSB,<br><br>Defendants. | Civil Action No. CV-04-1101<br><br>Hon. Joseph F. Bianco, USDJ<br>Hon. William D. Wall, USMJ<br><br>**FILED**<br>IN CLERK'S OFFICE<br>U.S. DISTRICT COURT E.D.N.Y.<br><br>★ APR 04 2012 ★<br><br>LONG ISLAND OFFICE |

## ~~[PROPOSED]~~ ORDER

This matter having come before the Court on an April 2, 2012 application by counsel for Plaintiffs pursuant to the parties' Stipulation and Agreement of Class Action Settlement (Dkt. No. 247-1), finally approved this Court's February 11, 2011 Final Order and Judgment (Dkt. No. 273), and the February 27, 2012 Declaration of Charlene Young of Rust Consulting, Inc., it is hereby Ordered as follows:

1. The prior orders of this Court having approved the fees and expenses of the settlement administrator and escrow agent, Rust Consulting, Inc., through March 31, 2011, Dkt. Nos. 273 and 295, final payment to Rust Consulting in the amount of $110,037.40 is approved and shall be paid from the Net Common Settlement Fund.

2. The settlement administer and escrow agent is directed to close all remaining

1

settlement bank accounts and remit all remaining settlement funds in equal portions to the five *cy pres* recipients approved by the Court. See Dkt. Nos. 272, 273.

3. The Court retains exclusive jurisdiction and ancillary jurisdiction over Plaintiffs, Defendants and the Class members for all matters relating to this action, including the administration, interpretation, effectuation or enforcement of the parties' Stipulation and Agreement of Class Action Settlement, the Court's Final Order and Judgment and all subsequent Orders.

So Ordered this 4th day of April, 2012

Joseph F. Bianco
United States District Judge